IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:22-CV-00016-GCM

| | |
|---|---|
| MARK A. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Mark Anderson's Motion to Dismiss (ECF No. 13). Counsel for Plaintiff asks that the Court dismiss this action with prejudice, averring that it cannot be decided in Plaintiff's favor under existing case law. Counsel for Defendant does not object to the motion.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (ECF No. 13) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Signed: August 25, 2022

Graham C. Mullen
United States District Judge